

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2016

No. 04-92-00584-CR

Freeman, Anthony **RAY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 91-1408-CR
Honorable Fred Moore, Judge Presiding

# O R D E R

Appellant has filed a pro se motion requesting a copy of his trial transcripts filed in this appeal. Appellant appears to be requesting these record for purposes of pursuing a post-conviction writ of habeas corpus. In order to obtain a free copy of the record, appellant would need to file a motion requesting the record in the trial court in which the conviction was obtained and demonstrate that his post-conviction claim is not frivolous and that the record is needed to decide the issues presented. *See United States v. MacCollom*, 426 U.S. 317, 326 (1976); *Escobar v. State*, 880 S.W.2d 782, 783 (Tex. App.—Houston [1st Dist.] 1993, no pet.). Appellant's motion is DENIED without prejudice to seeking relief in the proper court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court